### 5058. Carswell *v.* The State.

Hill, C. J. The accused was convicted, under an accusation in the city court, of the offense of drunkenness on church grounds. The evidence shows that he had a bottle containing a small quantity of whisky, but there is no evidence whatever that he was in a condition of drunkenness while on the church grounds. His conviction was therefore unauthorized.

*Judgment reversed.*

Decided October 21, 1913.

Accusation of misdemeanor; from city court of Dublin—Judge Hicks. June 30, 1913.

*Hal B. Wimberly,* for plaintiff in error.

*George B. Davis, solicitor,* contra.